FILED

11/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0398

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0398

ZACHARY R. E. RUSK,

      Petitioner and Appellant,

v.

THOMAS ROSEEN, CINDY ROSEEN,
and SHAWN ROSEEN,

      Respondents and Appellees.

O R D E R

      Appellant Zachary R. E. Rusk, appearing self-represented, filed his reply brief on November 16, 2021. Rules 10 through 13 of the Montana Rules of Appellate Procedure set forth the requirements for filing appellate briefs. Rule 10(2) requires a party to serve copies of all papers, including briefs, on all parties "at or before the time of filing." Appellant's reply brief contains a certificate of service stating that he will serve opposing party's counsel "by December 1, 2021." Rule 10(4) permits the clerk to accept papers for filing without a certificate of service but requires the certificate of service to be filed within five business days.

      Accordingly,

      IT IS HEREBY ORDERED that Appellant shall immediately serve a copy of his reply brief upon opposing counsel.

      IT IS FURTHER ORDERED that Appellant shall, on or before November 22, 2021, file a revised certificate of service demonstrating compliance with the rules and stating the date and manner of service upon opposing counsel pursuant to Rule 10(4).

      IT IS FURTHER ORDERED, as required by Rule 13(2), that the Appellant must file seven copies of the amended certificate of service with the Clerk of the Supreme Court.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 17 2021